[No. 6042–1. Division One. February 26, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE W. FLOWERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 76634, David C. Hunter, J., entered October

24, 1977. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and James, JJ.